UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-24489-CIV-WILLIAMS

LAMONT COLLINS,

    Plaintiff,

v.

CITY OF MIAMI BEACH, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (DE 10). In the Report, Magistrate Judge McAliley recommends that Plaintiff's Complaint (DE 1) be dismissed without prejudice. Plaintiff did not file objections to the Report, and the time to do so has passed.

Having reviewed the record and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 10) is **AFFIRMED AND ADOPTED**;

2. Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff may file an amended complaint within **FOURTEEN (14) DAYS** of the date of this Order. Failure to timely file an amended complaint will result in this case being closed *sua sponte*.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of May, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE